# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN TAMAYO; SABRINA MONIQUE-LOPEZ; CARMEN RIVERA; and MICHAEL DERGANZ,<br><br>Plaintiffs,<br><br>v.<br><br>LQ MANAGEMENT LLC dba HVM/LQ MANAGEMENT LLC; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. CV13-03690 AB (MRWx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT LQ MANAGEMENT LLC AGAINST PLAINTIFF MARY ANN TAMAYO**<br><br>Complaint Filed: April 16, 2013<br>Trial Date:      None Set |

[Proposed]
Judgment in Favor

1  Defendant LQ Management LLC dba HVM/LQ Management LLC's ("La
2  Quinta") motion for summary judgment with respect to plaintiff Mary Ann
3  Tamayo's ("Tamayo") complaint for damages against La Quinta came on regularly
4  for hearing before the Court on June 23, 2014, the Honorable A. Audrey B. Collins
5  presiding.  On that same date, the Court also heard La Quinta's motions for summary
6  judgment as to plaintiffs Carmen Rivera, Michael Derganz and Sabrina Monique
7  Lopez.  Appearing on behalf of La Quinta was Christopher Decker of Ogletree,
8  Deakins, Nash, Smoak & Stewart, PC, and appearing on behalf of Plaintiff was
9  Stephen Reiss of the Law Offices of Stephen A. Ebner.
10  The court heard arguments from both counsel and took the matter under
11  submission.  After receiving supplemental briefing on June 30, 2014, the Court
12  issued its Order Granting In Part And Denying In Part Motion For Summary
13  Judgment on July 31, 2014 (docket no. 68), which granted La Quinta's motion as to
14  plaintiff Mary Ann Tamayo, but denied the motions with respect to plaintiffs Carmen
15  Rivera, Michael Derganz and Sabrina Monique  Lopez.
16  THEREFORE, IT IS NOW ORDERED AND ADJUDGED that judgment be
17  entered against plaintiff Tamayo, that Tamayo take nothing, that the action by
18  Tamayo against La Quinta be dismissed on the merits with prejudice and that La
19  Quinta recover its costs against Tamayo.
20
21  Dated:  September 5, 2014         _____
22                                                         Honorable Andre Birotte Jr.
                                                           UNITED STATES DISTRICT JUDGE
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1   Case No. CV13-03690 AB (MRWx)
JUDGMENT IN FAVOR OF DEFENDANT LQ MANAGEMENT LLC AGAINST PLAINTIFF MARY ANN TAMAYO

1  Respectfully submitted,

2

3  CHRISTOPHER W. DECKER, CA Bar No. 229426
   christopher.decker@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH,
4  SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
5  Los Angeles, CA  90071
   Telephone:  213.239.9800
6  Facsimile:   213.239.9045

7
   By:  /s/ Christopher W. Decker
8  Christopher W. Decker
   Attorneys for Defendant
9  LQ MANAGEMENT LLC dba
   HVM/LQ MANAGEMENT LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Judgment in Favor

2   Case No. CV13-03690 AB (MRWx)

JUDGMENT IN FAVOR OF DEFENDANT LQ MANAGEMENT LLC AGAINST PLAINTIFF MARY ANN TAMAYO